UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID EARL RAY GALLEGOS,

Plaintiff,

v.

TRACI CARTER, et al.,

Defendants.

CASE NO. C25-1760 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation (R&R), recommending the Court grant defendant Roman's Rule 12(b)(6) motion to dismiss and grant defendant Carter's motion for summary judgment, and dismiss the case with prejudice and without leave to amend. Dkt. 30.

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

ORDER - 1

The R&R thoroughly explains why Gallegos's § 1983 deliberate indifference claims are without merit. It concludes that Carter is entitled to qualified immunity as a matter of law and that Gallegos has not pled and cannot plead that Roman personally participated in any deliberate indifference.

Gallegos has not objected to the R&R, and it is neither clearly erroneous nor contrary to law. The R&R is therefore **ADOPTED**. Gallegos's claims are **DISMISSED** with prejudice and without leave to amend.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 18th day of June, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2